JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
J. GARRET DEAL (State Bar No. 249934)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC QUESADA, BENNY PUGH, JR., PAMELA SHERMAN, PATRICIA QUESADA, JUAN CARLOS RIVERA and PAGE BLEHM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal entity form unknown, and DOES 1-50, unknown Antioch Police Officers, Supervisors and Policymakers,<br><br>Defendants. | Case No. CV08-1567 JL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of June 25th should be continued for two weeks to July 9, 2008, at 10:30 a.m. in Judge Larson's department due to unavoidable conflicts with the currently set date by counsel for Defendant and counsel for Plaintiff. Lead trial counsel for Defendant in this matter is scheduled to be out of the country on June 25th and secondary trial counsel has three depositions set for June 25th that have been set for several months and cannot be moved without significant difficulty due to the number of parties and witnesses involved. Also, counsel for Plaintiff, Mr. Gohel, has three criminal matters set for June 25th around the time of the case

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE – CV08-1567 JL

management conference. In that vein, the parties hereby stipulate to continue the case management conference to July 9, 2008, at 10:30 a.m. in Judge Larson's department.

**IT IS SO STIPULATED**

Dated: June 13, 2008

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
J. Garret Deal
Attorneys for Defendant
CITY OF ANTIOCH

Dated: June 12, 2008

By: _____
Jai M. Gohel
Dennis Cunningham
Attorneys for Plaintiffs

### ORDER

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from June 25th to July 9, 2008, at 10:30 a.m. in Courtroom F, 15th Floor. A joint case management conference statement needs be filed by the parties by no later than July 2nd.

**IT IS SO ORDERED.**

Dated: June 17, 2008

By: _____
Honorable James Larson
United States Magistrate Judge