## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:33-10:48 (15 min)
Date: **July 9, 2008**

Case No: **C08- 1567 JL**

Case Name: **Eric Quesada, et al v. City of Antioch, et al**

Plaintiff  Attorney(s): Dennis Cunningham; Jai Gohel
Defendant Attorney(s):Noah Blechman
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                        **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Deft to submit letter brief re Hecht v. Humphrey by 7/25/08;pltf to respond w/in one week.  Pltf to decide on limitation of discovery by 7/25/08. Discovery stayed pending Court's ruling on staying case.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ]  Court


Notes: Court to set fur CMC



cc: Venice, Kathleen,