1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
3  1211 Newell Avenue
   Post Office Box 5288
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF ANTIOCH

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ERIC QUESADA, BENNY PUGH, JR., PAMELA SHERMAN, PATRICIA QUESADA, JUAN CARLOS RIVERA and PAGE BLEHM, | Case No. CV08-1567 JL |
|---|---|---|
| 12 | | ***UPDATED* JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
| 13 | Plaintiffs, | Date:  May 13, 2009 |
| 14 | vs. | Time:  10:30 a.m. |
| 15 | CITY OF ANTIOCH, a municipal entity form unknown, and DOES 1-50, unknown Antioch Police Officers, Supervisors and Policymakers, | Judge: Hon. James Larson |
| 16 | | Dept.: Courtroom F, 15th Floor |
| 17 | Defendants. | |

        The parties hereby provide an *Updated* Joint Case Management Statement and Proposed Order to the Court for the upcoming Case Management Conference.  In short, due to the fact that the criminal cases are still pending against three of the six Plaintiffs, which was the underlying basis for the stay in this action, the parties request that the Court continues this Case Management Conference for approximately 120 days to sometime in September of 2009.

        **A.     Updated Case Status**

        As the Court will recall, this litigation stems out of the arrests of several individuals on June 3, 2007, in or around a bar known as the Club Q in the City of Antioch by officers of the Antioch Police Department.  During those arrests, various levels of force were used to control and

*UPDATED* JOINT CASE MANAGEMENT
CONFERENCE STATEMENT - CV08-1567 JL

arrest the individuals involved. Three of the Plaintiffs still have pending criminal matters in Contra Costa County Superior Court arising out of their June 3${}^{rd}$ arrests .

The procedural posture of the criminal cases is that they are set for further proceedings (Readiness Conference) on June 12, 2009. That matter was reset from a previously set May 11, 2009, trial date which was continued because Mr. Gohel, who is counsel for two of the three criminal defendants (Plaintiffs Pugh and Rivera), has been in trial since March 10, 2009 and will still likely be in trial in an ongoing federal criminal action, United States v. Caza et. al., CR 06-058 FCD E.D. Cal., that is slated to last through approximately June 4${}^{th}$.

Previously in this civil matter in July and August of 2008, the parties provided letter briefs to the Court in relation to Defendants motion for an order staying the discovery and trial of this entire action per the Younger doctrine and Heck line of cases pending the outcome and resolution of the related state criminal proceedings of three of the six Plaintiffs. On August 29, 2008, the Court granted Defendants' motion and stayed this action for all purposes pending the outcome of the related state criminal proceedings, per the authorities of Younger and Heck.

As the criminal cases are still pending, the parties hereby stipulate and request that the Court continue the May 13${}^{th}$ case management conference for approximately 120 days to sometime in September of 2009, or another date convenient to the Court. Attached is a proposed order in that regard should the Court wish to continue the current case management conference for several months to allow the criminal proceedings to be completed.

Dated: April 30, 2009  MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant CITY OF ANTIOCH

Dated: April 30, 2009  By: __/s/ Jai M. Gohel_____
Jai M. Gohel
Dennis Cunningham
Attorneys for Plaintiffs

UPDATED JOINT CASE MANAGEMENT            2
CONFERENCE STATEMENT - CV08-1567 JL

## ORDER

Per the good cause showing by the parties that the ongoing criminal matters have still not been resolved and may not for some time, the stay in this matter still remains in effect for all purposes in conformity with the Court's August 29, 2008, order. Further, the case management conference currently set for May 13, 2009, is hereby continued to __September 16__, 2009, at __10:30__ a.m.. One week prior to this newly set case management conference, the parties should provide a further updated joint case management conference statement to apprise the Court of the status of the pending criminal matters against Mr. Quesada, Mr. Pugh and Mr. Rivera. Should the criminal cases resolve prior to the next case management conference and no criminal appeals are filed and/or contemplated, the parties are ordered to provide the Court with a written update as soon as practical so that a hearing can be set to discuss the status of the stay in this civil action.

IT IS SO ORDERED.

Dated: May 4, 2009

*[signature]*
Hon. James Larson
U.S. District Court Magistrate Judge