JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC QUESADA, BENNY PUGH, JR., PAMELA SHERMAN, PATRICIA QUESADA, JUAN CARLOS RIVERA and PAGE BLEHM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal entity form unknown, and DOES 1-50, unknown Antioch Police Officers, Supervisors and Policymakers,<br><br>Defendants. | Case No. CV08-1567 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:     September 16, 2009 |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of September 16, 2009, should be hereby continued until early January of 2010, due to the fact that the underlying criminal trial involving several of the Plaintiffs in this matter is slated to go forward starting on November 16, 2009.  As the Court is aware, this matter is currently stayed pending the outcome and resolution of the underlying criminal action.  In that vein, the parties hereby stipulate to continue the case management conference in this matter from September 16, 2009, to January 13, 2010, ~~2009, or another date convenient to the Court~~, at 10:30 a.m. in Judge Larson's department.

**IT IS SO STIPULATED**

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE – CV08-1567 JL

| | |
|---|---|
| Dated: August 5, 2009 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |
| | By: _____<br>James V. Fitzgerald, III<br>Noah G. Blechman<br>Attorneys for Defendant<br>CITY OF ANTIOCH |
| Dated: August 5, 2009 | By: _____<br>Jai M. Gohel<br>Dennis Cunningham<br>Attorneys for Plaintiffs |

## ORDER

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from September 16, 2009, to January 13, 2010, at 10:30 a.m. in Courtroom F, 15th Floor. A joint case management conference statement needs be filed by the parties by no later one week prior to the new case management conference date.

**IT IS SO ORDERED.**

Dated: August 19, 2009

By: _____
Honorable James Larson
United States Magistrate Judge