JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC QUESADA, BENNY PUGH, JR., PAMELA SHERMAN, PATRICIA QUESADA, JUAN CARLOS RIVERA and PAGE BLEHM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal entity form unknown, and DOES 1-50, unknown Antioch Police Officers, Supervisors and Policymakers,<br><br>Defendants. | Case No. CV08-1567 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC: February 3, 2010<br><br>Proposed Further CMC: May 5, 2010 |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of February 3, 2010, should be hereby continued until May 5, 2010, or another later date per the Court's availability, due to the fact that the criminal trial underlying the arrest and use of force issues in this civil case, which led to Your Honor staying this civil matter until the completion of the criminal case, is set to go forward on April 19, 2010. This criminal trial date was only set a few weeks ago by the criminal court.

There does not appear to be any need to attend a further case management conference in this stayed matter until the conclusion of the criminal case involving three of the six named Plaintiffs in this matter, especially since this matter should remain stayed until following that

criminal trial per prior order of the Court.

All counsel have agreed to continue the case management conference from February 3, 2010, to May 5, 2010, or another date thereafter per the Court's availability, at 10:30 a.m. in Your Honor's department. The parties understand that an updated case management conference statement would be due filed one week prior to the case management conference.

**IT IS SO STIPULATED**

Dated: January 25, 2010

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
CITY OF ANTIOCH

Dated: January 25, 2010

By: _____
Jai M. Gohel
Dennis Cunningham
Attorneys for Plaintiffs

### ORDER

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from February 3, 2010, to May 5, 2010, at 10:30 a.m. in Courtroom F, 15th Floor. An updated joint case management conference statement needs be filed by the parties by no later one week prior to the new case management conference date. This matter remains stayed.

**IT IS SO ORDERED.**

Dated: January 26, 2010

By: _____
Honorable James Larson
United States Magistrate Judge