JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNamara, Dodge, Ney, Beatty, Slattery,
Pfalzer, Borges & Brothers LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC QUESADA, BENNY PUGH, JR., PAMELA SHERMAN, PATRICIA QUESADA, JUAN CARLOS RIVERA and PAGE BLEHM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal entity form unknown, and DOES 1-50, unknown Antioch Police Officers, Supervisors and Policymakers,<br><br>Defendants. | Case No. CV08-1567 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:           May 5, 2010<br><br>Proposed Further CMC:  August 11, 2010 |

IT IS HEREBY STIPULATED between the parties that the currently set case management conference of May 5, 2010, should be hereby continued until August 11, 2010, or another later date per the Court's availability.  This continuance is requested due to the fact that the criminal trial underlying the arrest and use of force issues in this civil case, which led to Your Honor staying this civil matter until the completion of the criminal case, has been continued from April of 2010 to July 19, 2010.  Apparently, one of the criminal defendants in the underlying criminal case was recently arrested and is in custody on new criminal charges so the criminal court has continued this criminal case for three months.

There does not appear to be any need to attend a further case management conference in

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT CONFERENCE – CV08-1567 JL

this stayed civil matter until the conclusion of the criminal case involving three of the six named Plaintiffs in this matter, especially since this matter should remain stayed until following that criminal trial per prior order of the Court.

All counsel have agreed to continue the case management conference from May 5, 2010, to August 11, 2010, or another date thereafter per the Court's availability, at 10:30 a.m. in Your Honor's department. The parties understand that an updated case management conference statement would be due filed one week prior to the new case management conference. The parties also understand that should the criminal case resolve in terms of the three civil Plaintiffs in this action, and the Plaintiffs still wish to go forward with this civil case, that the parties would notify the Court that an earlier case management conference could be set in this matter to discuss case management issues.

**IT IS SO STIPULATED**

Dated: April 26, 2010

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendant
CITY OF ANTIOCH

Dated: April 26, 2010

By: _____
Jai M. Gohel
Dennis Cunningham
Attorneys for Plaintiffs

**ORDER**

Good cause having been shown by the parties, the Court hereby continues the currently set case management conference from May 5, 2010, to August 11, 2010, at 10:30 a.m. in Courtroom F, 15th Floor. An updated joint case management conference statement needs be filed by the parties by no later one week prior to the new case management conference date. This matter remains stayed. Should the underlying criminal case resolve earlier than anticipated, the parties are to notify the Court as soon as feasible so that the Court can perhaps set an earlier case management conference.

**IT IS SO ORDERED.**

Dated: April 27, 2010

By: *James Larson*
Honorable James Larson
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE – CV08-1567 JL        3