JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC QUESADA, BENNY PUGH, JR., PAMELA SHERMAN, PATRICIA QUESADA, JUAN CARLOS RIVERA and PAGE BLEHM,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal entity form unknown, and DOES 1-50, unknown Antioch Police Officers, Supervisors and Policymakers,<br><br>Defendants. | Case No. CV08-1567 JL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, PER FRCP 41(a)(1)**<br><br>Next CMC:           October 13, 2010 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiffs, all of them, hereby dismiss this entire action, with prejudice, each party to bear their own fees and costs.  Defendants will prepare the release to be executed by all Plaintiffs.

**IT IS SO STIPULATED**

/ / /

| | |
|---|---|
| Dated: October 7, 2010 | McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP |
| | By: _____<br>James V. Fitzgerald, III<br>Noah G. Blechman<br>Attorneys for Defendant<br>CITY OF ANTIOCH |
| Dated: October 7, 2010 | By: /s/ Jai M. Gohel<br>Jai M. Gohel<br>Dennis Cunningham<br>Attorneys for Plaintiffs |

### ORDER

Pursuant to stipulation, this entire action is hereby dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____October 12_____, 2010

By: _____
IT IS SO ORDERED
Judge James Larson